**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **VINCENT POLLERE,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | **No. 15-2421** |
| **v.** | : | |
| | : | |
| **USIG PENNSYLVANIA, and** | : | |
| **US INSTALLATION GROUP, INC.,** | : | |
| **Defendants.** | : | |

**ORDER**

This 18th day of December, 2015, upon consideration of Defendants' Partial Motion to

Dismiss and Plaintiff's Response, it is **ORDERED** that Defendants' Motion to Dismiss is

**DENIED.**

_____/s/ Gerald Austin McHugh_____
United States District Court Judge